Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of Zamak zinc alloy the same in all material respects as that the subject of *M. W. Zack Metal Company* v. *United States* (26 Cust. Ct. 91, C. D. 1306), the claim of the plaintiff was sustained.

**No. 56955.**—Star Jewelry Co., Inc. *v.* United States, protests 139237–K, etc. (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of jewelry in chief value of artificial flowers the same in all material respects as that the subject of *Coro, Inc.* v. *United States* (39 C. C. P. A. 154, C. A. D. 478), the claim of the plaintiff was sustained.

**No. 56956.**—David Grad Co. and F. C. Gerlach & Co. et al. *v.* United States, protests 141886–K, etc. (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of jewelry in chief value of artificial flowers the same in all material respects as that the subject of *Coro, Inc.* v. *United States* (39 C. C. P. A. 154, C. A. D. 478), the claim of the plaintiffs was sustained.

**No. 56957.**—Star Jewelry Co., Inc. *v.* United States, protests 144030–K, 146609–K, and 146617–K (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of jewelry in chief value of artificial flowers the same in all material respects as that the subject of *Coro, Inc.* v. *United States* (39 C. C. P. A. 154, C. A. D. 478), the claim of the plaintiff was sustained.